IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, ) | No. C 12-3915 SBA (pr) |
| ) | |
| Plaintiff, ) | **ORDER OF TRANSFER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Plaintiff Timothy Doyle Young, a federal inmate housed at the United States Penitentiary (USP) in Florence, Colorado, has filed a pro se complaint and amended complaint alleging various claims against employees of the USP. Docket nos. 1, 3.

      The Court construes Plaintiff's claims as arising under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971). To state a private cause of action under Bivens, and its progeny, a plaintiff must allege: (1) that a right secured by the Constitution of the United States was violated, and (2) that the alleged deprivation was committed by a federal actor. Van Strum v. Lawn, 940 F.2d 406, 409 (9th Cir. 1991) (§ 1983 and Bivens actions are identical save for the replacement of a state actor under § 1983 by a federal actor under Bivens).

      All of the events or omissions giving rise to Plaintiff's claims occurred in Florence, Colorado, which lies within the venue of the District of Colorado. Defendants also reside within the District of Colorado. Venue, therefore, properly lies in that district. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is transferred to the United States District Court for the District of Colorado. The Clerk of the Court shall transfer the case forthwith. Plaintiff's application for <u>in forma pauperis</u> is terminated as moot.

IT IS SO ORDERED.

DATED: 12/13/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

L:\PRO-SE\SBA\CR.12\Young v US 12-3915 Transf.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TOMOTHY DOYLE YOUNG,

        Plaintiff,

v.

USA et al,

        Defendant.

Case Number: CV12-03915 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Doyle Young 60012-001
USP - Max - ADX
P.O. Box 8000
Florence, CO 81226

Dated: December 14, 2012

        Richard W. Wieking, Clerk
        By: Lisa Clark, Deputy Clerk